**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks　　Date: May 27, 2011
Court Reporter: Janet Coppock　　Time: 32 minutes
Probation Officer:　Gary Kruck　　Interpreter: Marcella Salazar

**CASE NO.　10-CR-00554-PAB**

Parties　　　　　　　　　　　　　　　　　Counsel

**UNITED STATES OF AMERICA,**　　　Joseph Mackey

　　　　　Plaintiff,

vs.

**MARCO ANTONIO MORALES-**　　　Steven Jacobson
**NOGUERON,**

　　　　　Defendant.

**SENTENCING**

**1:33 p.m.　　COURT IN SESSION**

APPEARANCES OF COUNSEL.　Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
10-CR-00554-PAB
May 27, 2011

**1:35 p.m.**     Argument by Mr. Mackey in support of the Government's Motion Pursuant to § 5K1.1 for Substantial Assistance to Authorities (Doc #32), filed 5/20/11 and comments addressing sentencing.

**1:35 p.m.**     Argument by Mr. Jacobson and comments addressing sentencing.

Court states its findings and conclusions.

**ORDERED:**  Government's Motion Pursuant to § 5K1.1 for Substantial Assistance to Authorities (Doc #32), filed 5/20/11, is **GRANTED.**

Further comments by Mr. Mackey.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **February 11, 2011** to count **One of the Indictment.**

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **22** months.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)  Defendant shall not commit another federal, state or local crime.
- (**X**)  Defendant shall not illegally possess controlled substances.
- (**X**)  Defendant shall not possess a firearm or destructive device.
- (**X**)  Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

Page Three
10-CR-00554-PAB
May 27, 2011

- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will likely be deported.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** United States' Motion to Dismiss Counts Two and Three of the Indictment (Doc #31), filed 5/20/11, is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:05 p.m.     COURT IN RECESS**

**Total in court time:     32 minutes**

**Hearing concluded**